632 A.2d 308

Robert L. SNYDER and Jessie M. Snyder and
AH–RS Coal Corporation, Appellants,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT
OF ENVIRONMENTAL RESOURCES, Appellee.

Supreme Court of Pennsylvania.

Argued March 11, 1993.

Decided Nov. 1, 1993.

Reconsideration Denied Dec. 13, 1993.

Richard S. Dorfzaun, Dickie, McCamey & Chilcote, P.C., for Robert & Jessie Snyder.

Robert O. Lampl, John P. Lacher, for AH–RS Coal Corp.

Diana J. Stares, Chief—Southwest Region, Dept. of Environmental Resources, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM.

APPEAL DISMISSED AS HAVING BEEN IMPROVIDENTLY GRANTED.

LARSEN, J., did not participate in the consideration or decision of this matter.